## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Florence Mussat, M.D., S.C.
                                        Plaintiff,

v.                                      Case No.: 1:11−cv−07035
                                        Honorable Joan B. Gottschall

Global Healthcare Resource, LLC, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 26, 2013:

    MINUTE entry before Honorable Geraldine Soat Brown: Telephone status conference held with counsel. Parties advise that they have reached a settlement agreement. Parties are consenting to the jurisdiction of the magistrate judge. Status hearing set for 7/26/13 at 9:45 a.m. Parties may file a motion for preliminary approval in advance of that date. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.