UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Florence Mussat, M.D., S.C.

                                Plaintiff,

v.                                                               Case No.: 1:11–cv–07035
                                                                Honorable Geraldine Soat Brown

Global Healthcare Resource, LLC, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 14, 2014:

      MINUTE entry before the Honorable Geraldine Soat Brown: No motion to reinstate this matter having been filed, this case is dismissed with prejudice pursuant to the Order granting final approval of class action settlement. Terminate civil case. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.